Writ of Mandamus Denied, Opinion issued January 16, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01729-CV

## IN RE RODOLFO HERNANDEZ, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-11218**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Murphy
Opinion by Justice Francis

Relator contends the trial court violated a ministerial duty by not ruling on his motion for examining trial. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

MOLLY FRANCIS
JUSTICE

121729F.P05